AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED
*August 03, 2026*
Nathan Ochsner, Clerk of Court

United States of America
v.
Raphio Nicholson

*Defendant(s)*

Case No. **4:26-mj-511**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 20, 2022 - May 23, 2025 in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. 1591 | Sex Trafficking of Children |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

Brianna Reese
*Complainant's signature*

Brianna Reese, FBI Special Agent
*Printed name and title*

Sworn to before me telephonically.

Date: 08/03/2026

Peter Bray
*Judge's signature*

City and state: Houston, Texas

Peter Bray, United States Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | § | |
| Raphio Nicholson | § | Case No. **4:26-mj-511** |

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Brianna Reese, being duly sworn, deposes and states:

1. Defendant Raphio Nicholson ("NICHOLSON") recruited and forced a minor victim to engage in commercial sex for approximately three years. This Affidavit is made in support of a criminal complaint charging NICHOLSON with violating Title 18, United States Code, Section 1591- Sex Trafficking of Children by Force, Fraud, or Coercion.

2. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent of the FBI since October 2022. I am charged with the duty of investigating violations of the laws of the United States, collecting evidence in cases in which the United States is or may be a party in interest, and performing other duties imposed by law. I am currently assigned to the FBI Houston Human Trafficking Task Force (HTTF) and investigate a variety of human trafficking matters to include Violent Crimes Against Children (VCAC). Prior to this assignment, I was a Special Agent of the United States Secret Service since 2019. I have been trained in the preparation, presentation, and service of criminal arrest and search warrants and have been involved in the investigation of offenses against the United States to include violent crimes against children and human trafficking offenses.

3. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving sex trafficking.

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18, United States Code, Section 1591, Sex Trafficking of Children or by Force, Fraud, or Coercion, has been committed by Raphio Nicholson on or around April 20, 2022 through May 23, 2025. Where statements of others are set forth in this Affidavit, they are set forth

in substance and in part.

5. Through my investigation, which included interviews with the Minor Victim (hereinafter, "MV") , I learned the following:

6. NICHOLSON met MV sometime before April 20, 2022. They exchanged phone numbers and began texting each other. NICHOLSON repeatedly complimented MV, prompting her to believe that they were in a romantic relationship.

7. On April 20, 2022, MV and her mother visited a Walmart store in Houston, Texas. MV exited the store without her mother. NICHOLSON sent MV text messages instructing her to walk to a nearby gas station. NICHOLSON then picked-up MV in a Dodge Charger.

8. MV was 14 years old on the date of her disappearance. MV's family contacted law enforcement to file a missing person report.

9. NICHOLSON had sex with MV at a motel the same day. NICHOLSON knew that MV was 14 years old. Because MV looked young, NICHOLSON attempted to conceal her age: He insisted that she wear more makeup and purchased clothing that would make her appear older.

10. The following day, NICHOLSON drove MV to the Bissonnet Track.[1] He forced MV to have sex with approximately 10 men a day, earning between $1500 to $2000 per diem.

11. I received records in response to a subpoena from the Palace Inn located at 8200 Southwest Freeway, Houston, Texas. The records show that NICHOLSON purchased a room at the hotel on April 18, 2022, and stayed through April 21, 2022. Through open-source research, I found that the Palace Inn is approximately 4 miles from the Walmart store where MV disappeared. The Palace Inn is also approximately 2 miles from the Bissonnet Track.

12. NICHOLSON and MV remained in Houston, Texas for approximately two weeks. MV worked on "the blade" during this time. The large police presence on Bissonnet Street concerned NICHOLSON. He then drove MV to New Orleans, Louisiana.

13. NICHOLSON forced MV to engage in commercial sex in various locations within the United States, including: (1) New Orleans, Louisiana; (2) Miami, Florida; (3) New York, New York; and (4) Newark, New Jersey.

14. NICHOLSON assaulted her by slapping, pushing, and punching MV. MV attempted to escape, but NICHOLSON prevented her from doing so. On one occasion, MV tried running out

---

[1] Bissonnet is a street in Houston, Texas known to law enforcement as an area in which high volume of sex trafficking and prostitution occurs. It is often referred to as "the blade" or "the track".

of a motel room. NICHOLSON caught MV, dragging her back into the room. MV tried to leave again, but NICHOLSON pushed her to the ground and repeatedly hit MV.

15. NICHOLSON took pictures of MV for commercial sex advertisements. NICHOLSON posted the ads, set the rates, and communicated with clients[2].

16. NICHOLSON provided consume marijuana and Percocet to MV. NICHOLSON had sex with MV on numerous occasions, often after NICHOLSON inflicted physical abuse. Because NICHOLSON had sex with MV without using a condom, he forced her to ingest emergency contraception (*i.e.* Plan B) approximately every four days.

17. If MV failed to satisfy her daily quota, NICHOLSON hit her. NICHOLSON told MV that she had to work day and night to compensate for any shortfall in her daily quota. MV usually worked from midnight to 5:00 AM.

18. When MV walked "the blade," NICHOLSON followed her in his vehicle. NICHOLSON prohibited MV from charging less than $100 for sexual acts with clients. He kept the money that MV made from commercial sex.

19. NICHOLSON called MV "Bitti," because of her small body frame.

20. NICHOLSON obtained a fake Georgia drivers' license for himself and MV, respectively.




[2] I know based on my training and experience, "clients" in this context refers to commercial sex buyers.

21. MV identified the above picture as said driver's license.[3]

22. MV identified NICHOLSON's Instagram account as, rocko__.wurld and hers as "cashoutbitty." On or about June 12, 2026, META received a federal search warrant for NICHOLSON's Instagram account, "rocko__.wurld." This account contained pictures, including the following screenshots.




23. MV confirmed that the above picture depicts an Uber ride that NICHOLSON called for her while she engaged in commercial sex.[4]

---

[3] This Affidavit sets forth several screenshots. At this time, the FBI is unable to confirm the date on which NICHOLSON took these screenshots. These images were obtained from the "linked media" section of the META Instagram search warrant return. This section does not provide metadata.

[4] I know based on my training and experience, that this Uber pick-up location is in near the Bissonnet Track in Houston, Texas.




24. MV confirmed that the image set forth above depicts a text message conversation between her and NICHOLSON. She also confirmed that NICHOLSON tracked her location. MV also stated that she met a "trick" at the Mountain Inn.[5]

25. Tricks normally rented the rooms for sex dates. The "1650" text message referred to the amount of money she made for NICHOLSON by engaging in commercial sex.

[5] I know based on my training and experience, The Mountain Inn is located at 8204 Gulf Fwy, Houston, Texas 77017. I also know based on my training and experience, "tricks" is a slang term for commercial sex buyers




26. MV confirmed that the above image depicts information regarding an Uber ride that NICHOLSON arranged on MV's behalf. The Uber ride occurred while she engaged in commercial sex.

27. I reviewed messages found on NICHOLSON's Instagram search warrant return and found the following.

28. The conversation set forth below occurred on July 7, 2022.

| | |
|---|---|
| kashmac4president | Strike hoe a minor[6] |
| NICHOLSON | how minor is she lol |

[6] Based on my training and experience, NICHOLSON and kashmac4president are discussing another pimp.

29. NICHOLSON sent the following message on July 8, 2022:

| | |
|---|---|
| NICHOLSON | I moved to the palace on hillcroft[7] |

30. NICHOLSON sent the following message on July 21, 2022:

| | |
|---|---|
| NICHOLSON | I wish I could afford to sit my hoe down fa couple months[8] |

31. On or about November 10, 2025, I conducted a law enforcement database search for online commercial sex advertisements with images of MV.

32. A commercial sex advertisement from April 30, 2022 displayed an image of MV. In this advertisement, an emoji is covering MV's face. In total, there are over 400 commercial sex advertisements with images of MV. These advertisements appeared on the internet in 2022 and 2024.

33. On or about February 23, 2026, I received Cash App records for NICHOLSON's known account. Records indicate that on April 30, 2022, NICHOLSON paid $100 to an individual named "Jay." The caption of the transaction is listed as, "mega." On this same day, a commercial sex advertisement with MV's image was posted on Megapersonals.

34. On or about May 23, 2025, MV returned to her family in Houston, Texas. Upon returning home, MV made an outcry of sex trafficking and identified her trafficker as Raphio Torres Nicholson.

35. NICHOLSON is currently in custody in Harris County on child sex trafficking charges.

36. NICHOLSON attempted to call MV from jail. MV did not answer his calls. I subsequently confirmed that NICHOLSON attempted to call MV from Harris County Jail.

---

[7] Hotel records obtained from the Palace Inn show NICHOLSON rented a room on this same day.

[8] Based on my training and experience, NICHOLSON is stating that he cannot afford for MV to refrain from engaging in commercial sex.

37. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Raphio Nicholson with a violation of Title 18, United States Code, Section 1591.

Brianna Reese
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on this 3rd day of August 2026, and I find probable cause.

The Honorable Peter Bray
UNITED STATES MAGISTRATE JUDGE