United States Courts
Southern District of Texas
FILED
*August 26, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**RAPHIO NICHOLSON,**<br>Defendant. | **Criminal No. 4:26-cr-573** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE
Sex Trafficking of Minor Victim

On or about April 20, 2022 through May 23, 2025, in the Southern District of Texas and elsewhere, the Defendant,

**RAPHIO NICHOLSON,**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain Minor Victim 1, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact and having had a reasonable opportunity to observe that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause Minor Victim 1 to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c).

## NOTICE OF FORFEITURE

Pursuant to 18 U.S.C. § 1594(d), the United States gives notice to Defendant, **RAPHIO NICHOLSON**, that upon his conviction in Count 1 of the Indictment, the United States intends to seek forfeiture of:

(A) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(B) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

**MONEY JUDGMENT AND SUBSTITUTE PROPERTY**

Upon Defendant's conviction, the United States will seek the imposition of a money judgment against the Defendant. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

ORIGINAL SIGNATURE ON FILE

______________________________
**FOREPERSON OF THE GRAND JURY**

DATED: 8-26-26
Houston, Texas

**AARON F. REITZ**
United States Attorney

______________________________
**AMANDA R. ALUM**
Assistant United States Attorney
Southern District of Texas